

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2014

No. 04-12-00823-CV

Joel M. **HAILEY**,
Appellant

v.

Joseph **Paduh** III, Temporary Administrator of the Estate of Joe Perry Corzine, Deceased, and
Stephen P. Takas Jr., Trustee of the Joe Perry Corzine Trust, and Successor Independent
Executor of the Estate of James L. Corzine, Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-0856A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

This court's opinion issued on May 7, 2014. After granting extensions of time, appellant's and appellee's rehearings are due July 23, 2014. We granted the requested extensions because the parties stated they were in settlement negotiations. On July 22, 2014, the parties filed a joint motion "for immediate issuance of mandate to effectuate settlement."

After reviewing the motion and considering the requested relief, we **GRANT** the motion and **ORDER** the clerk of this court to immediately issue the mandate in this case. *See* TEX. R. APP. P. 18.1(c) (stating court of appeals may issue mandate sooner than required by rules upon agreement by parties).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court